AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 16 - 6068-Valle |
| DAVID ROTHENBERG | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 2016-February 20, 2016   in the county of   Broward   in the

Southern   District of   Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(2) | knowing receive and distribute, any visual depiction using any means and facility of interstate commerce, and has been shipped and transported in and affecting interstate commerce by any means and facility of interstate commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Elliot Heath Graves, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/22/2016

_____
*Judge's signature*

City and state:   Fort Lauderdale, FL

Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Elliot Heath Graves, being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation, and have been so since 2004. I am currently assigned to the crimes against children squad of the Miami Division of the FBI. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training on child sex offenses, computer forensics, and undercover techniques, and through everyday work relating to conducting these types of investigations. I have received specific training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in federal statutes).

2.      The information contained in this affidavit is based on personal knowledge, as well as information relayed to me from other law enforcement agents involved in this investigation. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause for the arrest of David Scott ROTHENBERG (ROTHENBERG) for violating Title 18, United States Code, Section 2252. As such, it does not include everything I know about this investigation.

3.      On or about January 13, 2016, an undercover officer from the Vermont Attorney General's Office was using a service known as Internet Relay Chat (IRC). This service allows persons to chat with each other over the internet using several different networks. The undercover officer used his undercover (UC) persona to portray himself as Liz, a divorced mother with two children; a 5-year-old boy and a 13-year-old girl. Continuing on January 13,

2016, the undercover officer was on an IRC channel called "daddaughtersex" when he received a message from user "BadUncle" wanting to chat. The user "BadUncle" wanted to know why the undercover officer was in that particular chat room, which began a conversation about Liz's 13-year-old daughter, Anna. The "BadUncle" who wanted to know if Liz would be accepting of Anna being "sexually explored and cultivated by a more strong man in her life" led the conversation. This conversation eventually transitioned to email. "BadUncle" used the email daedelus69@gmail.com. In the conversation, "BadUncle" alleged that he had sexually exploited a minor female (hereinafter Victim 1). In this and subsequent conversations, this user explained that this sexual exploitation was ongoing, and explained how he had access to this child.

4.      Pursuant to a subpoena, Google provided that the account daedelus69@gmail.com was set up in April of 2013, that the name listed on the account was "D Roth", and that the recovery email was Dsr_law@yahoo.com. Law enforcement officers obtained IP address 65.249.68.242 for "BadUncle." A subpoena returned from Verizon showed that the subscriber of this IP Address was an identified law firm in Broward County, FL. A query of the law firm's website listed David Rothenberg as a lawyer at the firm.

5.      The undercover officer continued the conversations with the same individual on numerous dates in January and February of 2016, both through IRC and through services provided by Google. They communicated via email and Hangouts, a chat service provided by Google. In his IRC chats, "BadUncle" later also used the username "DRoth".

6.      On February 3, the undercover was communicating with daedelus69@gmail.com on Gmail. The user said that he had been to the beach that weekend and provided a picture. The undercover officer reviewed the metadata information, known as EXIF data, which was

embedded in the photo.  The EXIF data showed that a Samsung Model G925A took the photo in the South Florida area.

7.    On or about February 11, the user DRoth` and the undercover again had a conversation.  During this conversation, DRoth` mentioned that he was a lawyer.  After asking if the undercover officer was at work, DRoth` sent the message "cause i may have something to share but it wouldn't be safe for work." After a short break, the conversation began again and DRoth` provided a link to a video.  The undercover office accessed the video.  The video was approximately 30 seconds and showed a pre-pubescent female who appeared to be approximately 10 years old. The girl was only visible from the waist up, and her upper body was nude.  She appeared to be engaged in sexual activity as she was on her back and moaning.  Later in the conversation, the following interchange occurred:

> DRoth`>amazing that one so young could experience such delight, hm?
> UC> i had no idea
> DRoth`> it's one of the reasons i asked about anna's experience .. including with masturbation
> UC> ok
> DRoth`> you're fascinated watching her hm? :D
> UC> i am i must admit
> UC> how old do u think she id?
> UC> is?
> DRoth`> i'd guess 10ish
> UC> yeah thats what I was thinking 2
> DRoth`> makes you feel kinda squirmy? watching a preteen climax?

8.    On or about February 16, 2106, the undercover officer had another conversation with user DRoth` on IRC using the Undernet network.  In this conversation, they referred to the previous video link he had provided.  In this conversation, DRoth` asked the undercover officer "tell me what you thought about it?  what was going through your mind?"  The undercover officer responded "that a child that young could enjoy that" and "she was a pretty girl".  DRoth`

responded "yes...I think she was pretty also" and "and so sexy lost in lust". A few messages later, the following conversation occured:

> UC>  aving some privacy lets me caht with :-)
> UC> *chat
> DRoth`> and maybe see another video?
> UC> sure :-)
> DRoth`> what are you wearing at work?
> UC> scrubs
> DRoth`> :)
> DRoth`> let me see if i can find a link
> UC> ok
> DRoth`> try this:

9.      DRoth` then sent a link to the undercover officer, who viewed the video. The video was approximately 2 minutes and 16 seconds in length. The video depicted a nude prepubescent female who was approximately 3 years old. The focal point of the movie was her exposed genital area. An adult female was seen performing oral sex on the child. After DRoth` sent the video link, the following conversation occurred.

> DRoth`> see if that loads
> UC> ok
> UC> it did
> UC> wow
> UC> :-)
> UC> she was young
> DRoth`> and with her mom
> UC> was that her mom?
> UC> ok
> DRoth`> all for the pleasure of the man watching her

10.      Continuing on February 16, 2015, in that same conversation, DRoth` and the UC were discussing where DRoth` would find these movies. DRoth` stated "you need to know the links...i tend to hear about them here and there online." DRoth' then mentioned "there's one...I was trying to find it for you". He then described the video "a little girl .. maybe 6 .. and her

father tells her to lie back .. she pulls her pants down .. opens her legs .. and he uses a vibrator on her ... she says to him "i say stop, and you say no" .... and she proceeds to say "stop" and he says "no" .. over and over while he masturbates her .. until she climaxes."

11.     Later in this conversation, DRoth` provided a picture of a girl who he said was Victim 1. He also provided a name for her and her grade level. The UC asked DRoth` how she was able to keep the secret. DRoth` responded "she's been keeping it secret for years."

12.     On February 17th, the undercover was again in contact with DRoth` using IRC. During this conversation, DRoth` provided another link to the undercover officer. The officer was able to access and record this video. The video depicted what appears to be a prepubescent female who was approximately 10 years old. She was on her back on what appears to be a bed. She was nude from the waist down and her shirt was pulled up to her chest. The camera was placed between her legs and the video focused on her vaginal area. The video began with her touching her vaginal area with her fingers and inserting one of her fingers into her vagina. The camera then moved to an angle from the side of the bed and recorded her face. Then the camera moved back between her legs. An adult hand guided her hand to her vaginal area. The movie progressed with an adult male moving his erect penis over her vaginal area. The video was angled down at the girl, and her legs were pulled up and were in the air. The adult male's torso and penis were visible. The video then progressed to an extreme close-up of his erect penis moving over her nude vaginal and rectal area. Shortly thereafter, the following conversation occurred:

> DRoth`> anything in particular in that one you liked most?
> UC> like the other ones i guess
> UC> the nature of it
> UC> the taboo

DRoth`> :)
DRoth`> yes .. but this one involved a man

13.    Also on or about February 17, 2016, the undercover attempted to schedule a chat with DRoth` for late on February 18, 2016.  DRoth' responded that it was his birthday that day and he had plans with family and friends for that evening.  Law enforcement officers confirmed that ROTHENBERG's birthday is indeed February 18th.

14.    On February 18, 2016, ROTHENBERG told the UC that he planned on seeing Victim 1 on Sunday, February 21, 2016.

15.    On February 20, 2016, the undercover officer saw that he had a message from daedelus69@gmail.com from the night before, saying that Victim 1 had come over to spend the night.  The undercover officer immediately contacted ROTHENBERG via email, explained that he had missed the earlier communication, and attempted to stall ROTHENBERG, while contacting law enforcement agents in South Florida. After a short conversation through email, daedelus69@gmail.com explained to the undercover that Victim 1 had come to spend the night at his house because she was arguing with her parents.  He then connected with the undercover officer on the chat service Google Hangouts and the following conversation ensued:

DRoth> But she told me everything, and we cuddled, and she was really tired (so was I) so told her Id be waking her up, and she nodded sweetly ?
UC> so she knows whats going to happen?
DRoth> She knows I'm going to expect something,  and she'll do as I ask

16.    Later in the conversation, he continued:

DRoth> We're here now and she is now so wet, I had to tell you
UC> oh really??? does she know ur chatting with me? what are you doing????
DRoth> We were kissing and I fingered her - she just came - she went to pee and is coming back so I can fill her

17.     The morning of February 20, 2016, law enforcement officers from Margate Police Department, the Florida Department of Law Enforcement, and the Federal Bureau of Investigation responded to ROTHENBERG's residence and conducted a ruse. ROTHENBERG responded to the door and allowed officers to enter to conduct a welfare check on the occupants. In the residence, they encountered ROTHENBERG, his wife, and a young minor female (Victim 1).

18.     Victim 1 reported that, earlier that morning, ROTHENBERG had entered her room and penetrated her vagina with his fingers. She further stated that ROTHENBERG had committed similar acts on prior occasions, beginning when she was 11. ROTHENBERG's wife was shown the pictures that the user DRoth` had provided to the undercover officer as being Victim 1. ROTHENBERG's wife identified these photos as a different minor female with whom ROTHENBERG regularly communicated and who also sometimes spends the night at their residence. The name of this second female matched the name DRoth` had provided as the name of Victim 1.

19.     While conducting the welfare check, law enforcement officers spoke with ROTHENBERG in his living room. During this noncustodial interview, ROTHENBERG acknowledged to law enforcement officers that he used the Undernet, an IRC network. ROTHENBERG confirmed that he was a lawyer and that he worked for the law firm linked to the IP address 65.249.68.242. ROTHENBERG provided that one of the emails he used was dsr_law@yahoo.com. ROTHENBERG's cellular telephone was also determined to be a Samsung Model 925A, the same model used to take one of the photographs ROTHENBERG sent the UC. ROTHENBERG further explained that Victim 1 spent the night at his house on February 19, 2016 because she was arguing with her parents.

20.    Based on the foregoing, I respectfully submit that there is probable cause to believe that the defendant, David Scott ROTHENBERG, did knowingly distribute child pornography, in violation of Title 18, United States Code, Section 2252.

FURTHER YOUR AFFIANT SAYETH NAUGHT

E. HEATH GRAVES, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me this
22 day of February, 2016 in Fort Lauderdale, Florida

HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE